## HAAS V. COOK, ET AL.

*Attachment.*

(Decided June 30, 1906. 41 So. Rep. 731.)

APPEAL from Choctaw Circuit Court.
Heard before Hon. JOHN T. LACKLAND.
R. P. ROACH, for appellant.
W. F. GLOVER, for appellee.
Affirmed.
Opinion by HARALSON, J.
WEAKLEY, C. J., and DOWDELL and DENSON, JJ., concur.

---

## PEARSON V. THE STATE.

*Assault With Intent to Murder.*

(Decided June 30, 1906. 41 So. Rep. 733.)

APPEAL from Marengo Circuit Court.
Heard before Hon. JOHN T. LACKLAND.
CANTERBURY & GILDER, for appellant.
MASSEY WILSON, Attorney General, for State.
Affirmed.
Opinion by DENSON, J.
WEAKLEY, C. J., HARALSON and DOWDELL, JJ., concur.

---

## KNIGHT V. THE STATE.

*Murder.*

(Decided June 30, 1906. 41 So. Rep. 734.)

APPEAL from Conecuh Circuit Court.
Heard before Hon. J. C. RICHARDSON.
J. F. JONES, for appellant.
MASSEY WILSON, Attorney General, for State.
Affirmed.
Opinion by DOWDELL, J.
WEAKLEY, C. J., and HARALSON and DENSON, JJ., concur.